UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kevin Foster<br><br>                              Plaintiff,<br><br>     -v.-<br><br>Cisco, Inc.<br><br>                              Defendant. | Civil Action No: _____<br><br>**COMPLAINT** |

Plaintiff Kevin Foster ("Plaintiff" or "Foster"), by and through his attorneys, RC Law Group, PLLC, as and for its Complaint against Defendant Cisco, Inc. ("Defendant" or "Cisco"), respectfully sets forth, complains and alleges, upon information and belief, the following:

### INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

### PARTIES

2. Plaintiff is a resident of the State of New Jersey, County of Essex, residing at 335 Sylvin Road, Bloomfield, NJ 07003.

3. Defendant is a debt collector with an address at 1702 Townhurst, Houston, TX, 77043.

4. Cisco, Inc., is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

8. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9. This debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. On or around April 27, 2016 Plaintiff went on Defendants website to make a payment towards the underlying debt.

11. Plaintiff was notified there would be a $5.00 collection charge for making the payment.

12. Plaintiff did not agree to such a collection charge and the $ 5.00 collection fee far exceeds any reasonable costs of collection for this account.

13. The addition of this collection fee by Defendant, which was not authorized by the agreement creating the debt or permitted by law, was an attempt to collect an amount not owed by Plaintiff.

14. Furthermore throughout the collection process the Defendant threatened to report this debt on the Plaintiff's credit report.

15. At no time did Defendant actually report this debt to credit agencies, and this was just a threat used to coerce the Plaintiff to pay and not an actual activity Defendant intended on doing.

16. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

### FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

18. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§1692e, 1692e(2),1692e(5), 1692e(10), 1692f, and 1692f(1).

19. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Kevin Foster demands judgment from the Defendant Cisco, Inc., as follows:

a) For actual damages provided and pursuant to  15 U.S.C. § 1692k(a)1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendants practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: Hackensack, New Jersey
July 29, 2016

/s/Yaakov Saks Esq.
Yaakov Saks Esq.
**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Phone: 201.282.6500 ext. 201